

# Williams Lea Inc.   INVOICE

| | |
|---|---|
| Invoice: | I-09043682 |
| Invoice Date: | 04/30/2009 |
| Page: | 1/1 |

Remit Payment to:
Williams Lea Inc.
14927 Collections Center Drive
Chicago IL 60693

**For Billing questions, please call 312-279-5500**

| | |
|---|---|
| Customer No: | UNI-07004 |
| Payment Terms: | NET00 |
| Due Date: | 04/30/2009 |
| Sales Rep: | Sean Friery |

**Bill To:**

Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601


RECEIVED MAY 07 2009 By____

**Ship To:**

Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601

**Reference:**
Ref/Client Matter: 247171-000483
Job Ticket: 97365

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| Hand Labor | 4.00 | HRS | 35.00 | 140.00 |
| Tabs | 546 | EA | 0.25 | 136.50 |
| Binders 3" | 14 | EA | 8.50 | 119.00 |
| | | | Subtotal: | 395.50 |
| | | | IL 10.250 % | 26.19 |
| | | | **AMOUNT DUE:** | **$ 421.69** |



247171-000483
Client or GL #
Copies
Description / Exp
Hope E Buckley  5/7/09  5718
Approval Sig.          Emp. #


Q346421

'e Now Accept - VISA, MC and AMEX.

ayment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate
ted in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

# Williams Lea Inc.

## INVOICE

| | |
|---|---|
| Invoice: | I-09051683 |
| Invoice Date: | 05/11/2009 |
| Page: | 1/1 |

Remit Payment to:

Williams Lea Inc.
14927 Collections Center Drive
Chicago IL 60693

For Billing questions, please call 312-279-5500

| | |
|---|---|
| Customer No: | UNI-07004 |
| Payment Terms: | NET00 |
| Due Date: | 05/11/2009 |
| Sales Rep: | Sean Friery |

**Bill To:**

Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601


RECEIVED JUN 04 2009 By _____

**Ship To:**

Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601

Reference:
  Ref/Client Matter: 247171-000483
  Job Ticket: 97841

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| Imaging Blowbacks - WL | 34,424 | EA | 0.08 | 2,753.92 |
| Hand Labor | 3.00 | HRS | 35.00 | 105.00 |
| Tabs | 580 | EA | 0.25 | 145.00 |
| Binders 4" | 28 | EA | 8.50 | 238.00 |
| | | | Subtotal: | 3,241.92 |
| | | | IL 10.250 % | 39.26 |
| | | | AMOUNT DUE: | $ 3,281.18 |

Q349248



247171  483
Client or GL #   Matter    PG/Dept #   Disb./Line Code
copies
Description / Explanation
Hope E Buckley  6/509  2118
Approval Signature    Date    Emp. #

We Now Accept - VISA, MC and AMEX.

If payment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

# Williams Lea Inc.

## INVOICE

| | |
|---|---|
| Invoice: | I-09050829 |
| Invoice Date: | 05/04/2009 |
| Page: | 1/1 |

Remit Payment to:
Williams Lea Inc.
14927 Collections Center Drive
Chicago IL 60693

**For Billing questions, please call 312-279-5500**

| | |
|---|---|
| Customer No: | UNI-07004 |
| Payment Terms: | NET00 |
| Due Date: | 05/04/2009 |
| Sales Rep: | Sean Friery |

**Bill To:**
Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601

**Ship To:**
Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601


RECEIVED JUN 04 2009 By_____

**Reference:**
Ref/Client Matter: 247171-000483
Job Ticket: 97432

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| BW Copies Tier IV - WL | 6,796 | PGS | 0.12 | 815.52 |
| Tabs | 194 | EA | 0.25 | 48.50 |
| Binders 2" | 3 | EA | 7.50 | 22.50 |
| Hand Labor | 1.00 | HRS | 35.00 | 35.00 |
| | | | Subtotal: | 921.52 |
| | | | IL 10.250 % | 7.28 |
| | | | **AMOUNT DUE:** | **$ 928.80** |

Q349253



247171  483
Client or GL #    Matter    PG/Dept #    Disb./Line Code

copies
Description / Explanation

_____ 6/5/09  2118
Approval Signature    Date    Emp. #

'e Now Accept - VISA, MC and AMEX.

ayment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate
ited in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

# Williams Lea Inc.   INVOICE   36815

| | |
|---|---|
| Invoice: | I-09051701 |
| Invoice Date: | 05/11/2009 |
| Page: | 1/1 |

Remit Payment to:
Williams Lea Inc.
14927 Collections Center Drive
Chicago IL 60693

**For Billing questions, please call 312-279-5500**

| | |
|---|---|
| Customer No: | UNI-07004 |
| Payment Terms: | NET00 |
| Due Date: | 05/11/2009 |
| Sales Rep: | Sean Friery |

**Bill To:**
Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601


RECEIVED JUN 04 2009 By____

**Ship To:**
Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601

**Reference:**
Ref/Client Matter: 247171-000483
Job Ticket: 97785

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| BW Copies Tier IV - WL | 2,379 | PGS | 0.12 | 285.48 |
| Tabs | 75 | EA | 0.25 | 18.75 |
| Binders 2" | 3 | EA | 7.50 | 22.50 |
| Hand Labor | 1.00 | HRS | 35.00 | 35.00 |
| | | | Subtotal: | 361.73 |
| | | | IL 10.250 % | 4.23 |
| | | | AMOUNT DUE: | $ 365.96 |

Q349256



247171  483
Client or GL #   Matter   PG/Dept #   Disb./Line Code
copies
Description / Explanation
[signature] 6/5/09  2118
Approval Signature   Date   Emp. #

We Now Accept - VISA, MC and AMEX.

payment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate
ited in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

# Williams Lea Inc.

**INVOICE**  3685

| | |
|---|---|
| Invoice: | I-09041291 |
| Invoice Date: | 04/09/2009 |
| Page: | 1/1 |

Remit Payment to:
Williams Lea Inc.
14927 Collections Center Drive
Chicago IL 60693

For Billing questions, please call 312-279-5500

| | |
|---|---|
| Customer No: | UNI-07004 |
| Payment Terms: | NET00 |
| Due Date: | 04/09/2009 |
| Sales Rep: | Sean Friery |

Bill To:
Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601


RECEIVED MAY 07 2009 By ___

Ship To:
Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601

Reference:
Ref/Client Matter: 247171-000483
Job Ticket: 96181

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| Hand Labor | 4.00 | HRS | 35.00 | 140.00 |
| BINDERS - 5" | 7 | EA | 21.50 | 150.50 |
| Binders 3" | 7 | EA | 8.50 | 59.50 |
| Binders 1-1/2" | 3 | EA | 8.50 | 25.50 |
| | | | Subtotal: | 375.50 |
| | | | IL 10.250 % | 24.14 |
| | | | AMOUNT DUE: | $ 399.64 |


Q346370


247171-000483
Client or GL # | Matter | PG/Dept # | Disb./Line Code
copies
Description / Explanation
Hope E Buckley       5/7/09   2115
Approval Signature        Date      Emp. #

'e Now Accept - VISA, MC and AMEX.

ayment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate
ted in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

# Williams Lea Inc.   INVOICE

| | |
|---|---|
| Invoice: | I-09032875 |
| Invoice Date: | 03/26/2009 |
| Page: | 1/1 |

Remit Payment to:
Williams Lea Inc.
14927 Collections Center Drive
Chicago IL 60693

For Billing questions, please call 312-279-5500

| | |
|---|---|
| Customer No: | UNI-07004 |
| Payment Terms: | NET00 |
| Due Date: | 03/26/2009 |
| Sales Rep: | Sean Friery |

**Bill To:**
Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601


RECEIVED APR 07 2009 By____

**Ship To:**
Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601

**Reference:**
Ref/Client Matter: 247171-000483
Job Ticket: 95578

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| BW Copies Tier IV - WL | 20,331 | PGS | 0.12 | 2,439.72 |
| Color Copies Tier I - WL | 264 | PGS | 1.00 | 264.00 |
| Tabs | 1,016 | EA | 0.25 | 254.00 |
| Binders 4" | 14 | EA | 15.50 | 217.00 |
| | | | Subtotal: | 3,174.72 |
| | | | IL 10.250 % | 48.28 |
| | | | AMOUNT DUE: | $ 3,223.00 |

Q339172


247171-483
copies
Hope E Buckley  4/7/09  2118

'e Now Accept - VISA, MC and AMEX.

ayment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate
ited in our contract with the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

# Williams Lea Inc.

## INVOICE

| | |
|---|---|
| Invoice: | I-09033248 |
| Invoice Date: | 03/30/2009 |
| Page: | 1/1 |

Remit Payment to:
Williams Lea Inc.
14927 Collections Center Drive
Chicago IL 60693

For Billing questions, please call 312-279-5500

| | |
|---|---|
| Customer No: | UNI-07004 |
| Payment Terms: | NET00 |
| Due Date: | 03/30/2009 |
| Sales Rep: | Sean Friery |

**Bill To:**
Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601


RECEIVED
APR 07 2009
By _____

**Ship To:**
Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601

**Reference:**
Ref/Client Matter: 247171-000483
Job Ticket: 95827

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| BW Copies Tier IV - WL | 7,685 | PGS | 0.12 | 922.20 |
| Tabs | 150 | EA | 0.25 | 37.50 |
| Imaging Blowbacks - WL | 600 | EA | 0.075 | 45.00 |
| Binders 3" | 20 | EA | 15.50 | 310.00 |
| | | | Subtotal: | 1,314.70 |
| | | | IL 10.250 % | 35.62 |
| | | | AMOUNT DUE: | $ 1,350.32 |

Q339169


247171-483

Hope E Buckley  4/7/09  2118

'e Now Accept - VISA, MC and AMEX.

ayment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate ted in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

# Williams Lea Inc.  INVOICE

| | |
|---|---|
| Invoice: | I-09033478 |
| Invoice Date: | 03/31/2009 |
| Page: | 1/1 |

Remit Payment to:
Williams Lea Inc.
14927 Collections Center Drive
Chicago IL 60693

For Billing questions, please call 312-279-5500

| | |
|---|---|
| Customer No: | UNI-07004 |
| Payment Terms: | NET00 |
| Due Date: | 03/31/2009 |
| Sales Rep: | Sean Friery |

**Bill To:**
Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601


RECEIVED APR 07 2009 By_____

**Ship To:**
Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601

**Reference:**
Ref/Client Matter: 247171-000483
Job Ticket: 95890

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| BW Copies Tier IV - WL | 2,967 | PGS | 0.12 | 356.04 |
| Tabs | 88 | EA | 0.25 | 22.00 |
| Hand Labor | 1.00 | HRS | 35.00 | 35.00 |
| | | | Subtotal: | 413.04 |
| | | IL 10.250 % | | 2.26 |
| | | | AMOUNT DUE: | $ 415.30 |

Q339166


247171-483
copies
Hope EBuckle  4/7/09  2/18

'e Now Accept - VISA, MC and AMEX.

ayment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate
ted in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

# Williams Lea Inc.

## INVOICE

| | |
|---|---|
| Invoice: | I-09032881 |
| Invoice Date: | 03/26/2009 |
| Page: | 1/1 |

**Remit Payment to:**
Williams Lea Inc.
14927 Collections Center Drive
Chicago IL 60693
For Billing questions, please call 312-279-5500

| | |
|---|---|
| Customer No: | UNI-07004 |
| Payment Terms: | NET00 |
| Due Date: | 03/26/2009 |
| Sales Rep: | Sean Friery |

**Bill To:**
Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601


RECEIVED APR 07 2009 By____

**Ship To:**
Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601

**Reference:**
Ref/Client Matter: 247171-00483
Job Ticket: 95662

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| Color Copies Tier I - WL | 96 | PGS | 1.00 | 96.00 |
| B/W COPIES-DIGITAL | 801 | PGS | 0.08 | 64.08 |
| Tabs | 150 | EA | 0.25 | 37.50 |
| Hand Labor | 1.00 | HRS | 35.00 | 35.00 |
| | | | Subtotal: | 232.58 |
| | | | IL 10.250 % | 3.84 |
| | | | AMOUNT DUE: | $ 236.42 |

Q339164


247171-483
copies
HBuckley 4/7/09 2118

We Now Accept - VISA, MC and AMEX.

payment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate
ited in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

# Williams Lea Inc.

## INVOICE

| | |
|---|---|
| Invoice: | I-08102452 |
| Invoice Date: | 10/22/2008 |
| Page: | 1/1 |

Remit Payment to:
Williams Lea Inc.
14927 Collections Center Drive
Chicago IL 60693

For Billing questions, please call 312-279-5500

| | |
|---|---|
| Customer No: | UNI-07004 |
| Payment Terms: | NET00 |
| Due Date: | 10/22/2008 |
| Sales Rep: | Sean Friery |

Bill To:
Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601

Ship To:  36815
Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601

Q268549

Reference:
Ref/Client Matter: 247171-000483 (Shin Woo)
Job Ticket: 86907

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| Imaging Blowbacks - WL | 3,422 | EA | 0.08 | 273.76 |
| Tabs | 204 | EA | 0.25 | 51.00 |
| Binders 3" | 3 | EA | 8.50 | 25.50 |
| Hand Labor | 1.00 | HRS | 35.00 | 35.00 |
| 3 Hole Drilling | | | | |

| | |
|---|---|
| Subtotal: | 385.26 |
| IL 10.250 % | 7.84 |
| AMOUNT DUE: | $ 393.10 |



247171  000483
Client or GL #   Matter   PG/Dept #   Disb./Line Code

Description/Explanation
Hope E Buckley   11/05/08   2118
Approval Signature   Date   Emp. #

We Now Accept - VISA, MC and AMEX.

If payment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

| | | | | |
|---|---|---|---|---|
| Williams Lea Inc. | INVOICE | Invoice: | I-09103799 | |
| | | Invoice Date: | 10/20/2009 | |
| | | Page: | 1/1 | |

Remit Payment to:
Williams Lea Inc.
14927 Collections Center Drive
Chicago IL 60693

**For Billing questions, please call 312-279-5500**

Customer No: UNI-07004
Payment Terms: NET00
Due Date: 10/20/2009
Sales Rep: Salgado, Rafael

Bill To:
Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601


RECEIVED OCT 27 2009 By____

Ship To:
Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601

Reference:
Ref/Client Matter: 247171-000483
Job Ticket: 105745

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| Imaging Blowbacks - WL Assembled | 1,928 | EA | 0.08 | 154.24 |
| Imaging Blowbacks - WL From Native | 1,788 | EA | 0.12 | 214.56 |
| Tabs | 540 | EA | 0.25 | 135.00 |
| CUSTOM TABS PRINTED AND INS | 28 | EA | 0.35 | 9.80 |
| BW Copies Tier IV - WL | 6,006 | PGS | 0.12 | 720.72 |
| Binders | 33 | EA | 8.50 | 280.50 |
| | | | Subtotal: | 1,514.82 |
| | | | IL 10.250 % | 43.59 |
| | | | **AMOUNT DUE:** | **$ 1,558.41** |

247171-000483
Copies
Hope Buckley 2118
10/27/09


Q394465

We Now Accept - VISA, MC and AMEX.

If payment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest permitted in your jurisdiction. **All prices and charges are measured in US dollars.**

36815

# Williams Lea Inc.               INVOICE

| | |
|---|---|
| Invoice: | I-09103350-01 |
| Invoice Date: | 10/19/2009 |
| Page: | 1/1 |

**Remit Payment to:**
Williams Lea Inc.
14927 Collections Center Drive
Chicago IL 60693

**For Billing questions, please call 312-279-5500**

| | |
|---|---|
| Customer No: | UNI-07004 |
| Payment Terms: | NET00 |
| Due Date: | 10/19/2009 |
| Sales Rep: | Salgado, Rafael |

**Bill To:**
Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601


RECEIVED OCT 27 2009 By

**Ship To:**
Nixon Peabody
Hope Buckley
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601

**Reference:**
Ref/Client Matter: 247171-000483
Job Ticket: 105730

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| BW Copies Tier III - WL | 2,798 | PGS | 0.12 | 335.76 |
| Tabs | 36 | EA | 0.25 | 9.00 |
| Binders 1" | 4 | EA | 8.50 | 34.00 |
| Binders 2" | 6 | EA | 8.50 | 51.00 |
| CUSTOM TABS PRINTED AND INS | 18 | EA | 0.35 | 6.30 |
| | | | Subtotal: | 436.06 |
| | | | IL 10.250 % | 10.29 |
| | | | **AMOUNT DUE:** | **$ 446.35** |


247171-000483 —copies
H. Buckley 10/27/09 2118

Q394471

We Now Accept - VISA, MC and AMEX.

If payment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent (18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

36815

# Williams Lea Inc.

**INVOICE**

Invoice: I-09102857-01
Invoice Date: 10/15/2009
Page: 1/1

Remit Payment to:
Williams Lea Inc.
14927 Collections Center Drive
Chicago IL 60693
**For Billing questions, please call 312-279-5500**

Customer No: UNI-07004
Payment Terms: NET00
Due Date: 10/15/2009
Sales Rep: Salgado, Rafael

Bill To:
Nixon Peabody
Mollie Scott
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601

Ship To:
Nixon Peabody
Mollie Scott
Attn: A/P Department
48th Floor
161 N. Clark Street
Chicago IL 60601

Reference:
Ref/Client Matter: 247171-483
Job Ticket: 105587

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| Imaging Blowbacks - WL | 775 | EA | 0.08 | 62.00 |
| Binders 1" | 5 | EA | 8.50 | 42.50 |
| CUSTOM TABS PRINTED AND INS | 75 | EA | 0.35 | 26.25 |
| | | | Subtotal: | 130.75 |
| | | | IL 10.250 % | 7.05 |
| | | | **AMOUNT DUE:** | **$ 137.80** |

Q394897

247171  483
Client/L #   Matter       Dept #   Explanation
Binder of Exhibits for Inventorship Hearing
Approval Signature   10/19/09  3011
                      Dt       Emp #



We Now Accept - VISA, MC and AMEX.

If payment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest permitted in your jurisdiction. **All prices and charges are measured in US dollars.**